**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 608 MAL 2021
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
ROBERT CONVERY JR., :
:
Petitioner :

## ORDER

**PER CURIAM**

 **AND NOW**, this 16th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.